```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 11944
   KEISHA W SCOTT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-6177


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/10/2008 and was not confirmed.

      The case was converted to chapter 7 without confirmation 06/26/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
HOMEQ SERVICING CORP       CURRENT MORTG        .00           .00             .00
HOMEQ SERVICING CORP       MORTGAGE ARRE        .00           .00             .00
HOMEQ SERVICING CORP       CURRENT MORTG        .00           .00             .00
HOMEQ SERVICING CORP       MORTGAGE ARRE        .00           .00             .00
AMERICAN COLLECTION        UNSECURED       NOT FILED          .00             .00
CIT ON LINE BANK           UNSECURED       NOT FILED          .00             .00
MONITRONICS INTERNATIONA   UNSECURED       NOT FILED          .00             .00
FIRST NORTHERN CREDIT UN   UNSECURED       NOT FILED          .00             .00
LOYOLA UNIVERSITY PHY NS   UNSECURED       NOT FILED          .00             .00
MERCHANTS CR               UNSECURED       NOT FILED          .00             .00
LOYOLA UNIVERSITY FOUNDA   UNSECURED       NOT FILED          .00             .00
LOYOLA UNIVERSITY FOUNDA   UNSECURED       NOT FILED          .00             .00
NICOR GAS                  UNSECURED       NOT FILED          .00             .00
VERIZON WIRELESS           UNSECURED       NOT FILED          .00             .00
CAPITAL ONE AUTO FINANCE   SECURED NOT I        .00           .00             .00
CAPITAL ONE AUTO FINANCE   UNSECURED       NOT FILED          .00             .00
GE MONEY BANK              NOTICE ONLY     NOT FILED          .00             .00
RIVER NORTH GROUP          DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                         --------------      --------------
TOTALS                       .00                       .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11944 KEISHA W SCOTT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/08/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE